IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera     Date: February 13, 2012
Court Reporter:   Kara Spitler

Civil Action No. 11-cv-00059-RBJ-MEH

*Parties*:                          *Counsel*:

FOOTHILLS CREATIONS LTD,            Brian D. Smith
                                    C. Michael Montgomery
    Plaintiff/Counter Defendant,    Krista M. Maher

v.

BILLY BOB TEETH, INC.,              Randy J. Soriano

    Defendant/Counter Claimant.

### COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

**1:31 p.m.     Court in session.**

Appearances of counsel. Client representatives Mr. White and Don Nutting present.

1:31 p.m.     Opening statement by Mr. Montgomery.

Discussion regarding moving trial date.

**2:00 p.m.    Court in recess.**
**2:11 p.m.    Court in session.**

Continued discussion regarding moving the trial date.

**2:23 p.m.    Court in recess.**
**2:26 p.m.    Court in session.**

Court proposes another trial date.

**2:28 p.m.**     **Court in recess.**
**2:29 p.m.**     **Court in session.**

Parties have agreed on a trial date.

**ORDERED:**  Jury trial set May 6, 2013 is VACATED and RESET to **July 9, 2012 at 9:00 a.m.**

**ORDERED:**  Trial Preparation Conference set April 10, 2013 is VACATED and RESET to **June 13, 2012 at 9:00 a.m.**

Plaintiff withdraws the Motion for Preliminary Injunction Doc.# [39] and the Amended Motion for Preliminary Injunction Doc.# [41].

Statement by Mr. White to the Court.

Court addresses the parties.

**ORDERED:**  Motion for Preliminary Injunction Doc.# [39] is WITHDRAWN.

**ORDERED:**  Amended Motion for Preliminary Injunction Doc.# [41] is WITHDRAWN.

**2:41 p.m.**     **Court in recess.**

Hearing concluded.

Total time:     0:43