# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00059-RBJ-MEH

FOOTHILLS CREATIONS LTD, a Colorado corporation,

    Plaintiff and Counterclaim-Defendant,

v.

BILLY BOB TEETH, INC., an Illinois corporation,

    Defendant, Counterclaim-Plaintiff,
    And Counterclaim-Realtor.

---

## ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

---

The Court, having reviewed the Stipulation of Dismissal With Prejudice entered into by Plaintiff and Counterclaim-Defendant Foothills Creations Ltd. ("Foothills"), and Defendant, Counterclaim-Plaintiff, and Counterclaim-Realtor Billy Bob Teeth, Inc. ("BBT"), and being fully advised as to the premises therefor, hereby ORDERS that the Stipulation is approved and further ORDERS as follows:

1. All of the allegations, claims, and counterclaims asserted by Foothills and BBT in the above-captioned lawsuit are hereby dismissed with prejudice; and

2. Foothills and BBT shall each bear their own costs and attorneys' fees.

Dated this 11th day of May, 2012.

                                        BY THE COURT:

                                        _____
                                        R. Brooke Jackson
                                        United States District Judge